JANI-CARE, INC., Appellant, v CORNING INCORPORATED, Respondent.

Submitted December 22, 2003; decided February 19, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed that portion of Supreme Court's order that denied appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the mean-

ing of the Constitution; motion for leave to appeal otherwise denied.